# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 15 P 2: 05

CLERK _L. LaVictoire_
SO. DIST. OF GA.

Lena P. & Ralph D. Flannagan
Plaintiff

v.

GCG Trucking, et al
Defendant

Case No. CV 206-228

Appearing on behalf of

Lena P. & Ralph D. Flannagan (Plaintiffs)
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This 15th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER: John Calvin White

Business Address: COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.
Firm/Business Name

206 N. Lena Street
Street Address

Dothan    AL    36303
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2          City, State, Zip
334-677-3000
Telephone Number (w/ area code)    Georgia Bar Number