IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 10  P 2: 30

CLERK
SO. DIST. OF GA.

LENA P. FLANNAGAN and
RALPH D. FLANNAGAN,

      Plaintiffs,

      v.

GCC TRUCKING and GEORGE J.
GHIGLIOTTY,

      Defendants.

CIVIL ACTION NO.: CV206-228

## ORDER

Defendants filed a Motion to Compel Answers to Interrogatories and Request for Production of Documents and to Compel Disclosures Pursuant to Rule 26(a)(1). Plaintiffs have filed a response. Based upon the representations set forth in the response, Defendants' Motion to Compel is **dismissed** as moot.

**SO ORDERED**, this 10th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)