IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 FEB 21  A 9: 16

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| LENA P. FLANNAGAN and <br> RALPH D. FLANNAGAN, <br>     Plaintiffs, <br> v. <br> GCG TRUCKING, GEORGE J. GHIGLIOTTY, and other legal entities designated herein as fictitious parties: Fictitious defendants A,B,C,D,E, those persons, corporations or other legal entities, acting individually or by an through their agents, servants or employees, whose negligence proximately caused or contributed to the injuries of the plaintiffs on the occasion made the basis of this action; Fictitious defendants F,G,H,I,J, those persons, corporations or other legal entities who were the owners of the vehicle involved on the occasion made the basis of this action; Fictitious defendants K,L,M,N,O, those persons, corporations or other legal entities in whose behalf the vehicle involved on the occasion made the basis of this action were being driven or operated; Fictitious defendants P,Q,R,S,T, those persons, corporations or other legal entities who were responsible or the care, maintenance, condition or state of repair of the vehicle involved on the occasion made the basis of this action; Fictitious defendants U,V,W,X,Y, those persons, corporations or other legal entities who undertook to perform or who performed repair or maintenance work on the vehicle involved on the occasion made the basis of this action; Fictitious defendants Z, AA, BB, CC, DD, whether singular or plural, those persons, corporations or other legal entities, acting individually or by and through their agents, servants or employees, whose willful and wanton acts proximately caused or contributed to the injuries of the plaintiffs on the occasion made the basis of this action. The names and identities of these fictitious defendants are unknown to plaintiff at this time or, if their names and identities are known, plaintiffs are ignorant of the facts indicating their legal liability. When discovered, the true names of the fictitious defendants will be substituted by amendment, <br><br>     Defendants. | CIVIL ACTION NO. CV206-228 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
## COUNTERCLAIM WITH PREJUDICE

Defendants have filed a Motion to Dismiss their Counterclaim with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This Court previously, over Defendants' objection, granted Plaintiffs' Motion to

Dismiss Plaintiffs' claims without prejudice. The Court understands that Defendants' Counterclaim has now been settled and the settlement has been consummated. Accordingly, the Court now dismisses Defendants' Counterclaim with prejudice. Since all claims and all parties are now dismissed, this is a final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED this 21 of Feb., 2007.

_____
ANTHONY A. ALAIMO, JUDGE
USDC, SDGA, BRUNSWICK DIVISION

PREPARED BY:

_____
JOHN A. FOSTER
State Bar No. 005330
Forbes & Bowman
P. O. Box 13929
Savannah, GA 31416-0929
(912) 352-1190