AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LENA P. FLANNAGAN and
RALPH D. FLANNAGAN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV206-228

GCG TRUCKING, GEORGE J. GHIGLIOTTY, and
other legal entities designated herein as fictitious parties;
Fictitious defendants A,B,C,D,E those persons, corporations
or other legal entities, acting individually or by an through
their agents, servants or employees, whose negligence
proximately caused or contributed to the injuries of the
plaintiffs on the occasion made the basis of this action;

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order entered February 21, 2007, accordingly, the Court now dismisses Defendants' Counterclaim with prejudice. Since all claims and all parties are now dismissed, this is a final judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

February 21, 2007
Date

Scott L. Poff
Clerk

*(By) Deputy Clerk*

GAS Rev 10/1/03